| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | MAR 19 2013<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| TRAVIS MICKELSON and DANIELLE H MICKELSON, and the marital community thereof,<br><br>            Plaintiffs - Appellants,<br><br>   v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; et al.,<br><br>            Defendants - Appellees. | No. 13-35008<br><br>D.C. No. 2:11-cv-01445-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

    This case is not selected for inclusion in the mediation program. Counsel are requested to contact the mediator should circumstances develop that might warrant further settlement discussions.

    The briefing schedule previously established by the court remains in effect.

FOR THE COURT:

By:  Chris Goelz
Circuit Mediator

3/19/13/cg/mediation